IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00036-AP**

**WILDEARTH GUARDIANS,**
    Plaintiff,
v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**
    Defendant.

---

**ORDER**

---

Kane, J.

In the Joint Case Management Plan, Doc. 8, I deferred setting a briefing schedule for this matter pending my ruling on Defendant's discovery motion in 10-cv-00011.[1] I have denied Defendant's motion for jurisdictional discovery in that case. Accordingly, the parties shall submit a proposed briefing schedule including deadlines for the filing of Plaintiff's Opening Brief, Defendant's Response to Plaintiff's Opening Brief, and Plaintiff's Reply Brief. In accordance with the Joint Case Management Plan, the parties shall submit this proposed briefing schedule no later than August 10, 2010.

Dated: July 26, 2010

                                              **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE

---

[1] On the parties' suggestion my ruling on that motion also guides discovery practice in this case.

1