IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-00036-AP**

**WILDEARTH GUARDIANS,**
    Plaintiff,
v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**
    Defendant.

## ORDER

Kane, J.

The parties' Joint Motion to Modify the Case Management Schedule (doc. 25), good cause appearing, is GRANTED. The Case Management Schedule shall be modified as follows:

1. The deadline for Defendant's Response Brief on the Merits, which was due November 8, 2010, shall be stayed pending resolution of Defendant's Motion to Dismiss. In the event the Motion to Dismiss is denied, Defendant will file his Response Brief on the Merits within 30 days of my order on the motion. Plaintiff will file its Reply Brief 15 days later.

Dated: November 15, 2010

                                            **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE