IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-00036-AP**

**WILDEARTH GUARDIANS,**
        Plaintiff,
v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**
        Defendant.

---

**ORDER**

---

Kane, J.

        This matter is currently before me on Defendant's Motion to Modify the Briefing

Schedule (doc. 29) with regard to Defendant's Motion to Dismiss.  Based on the factual nature of

Defendant's Rule 12(b)(1) motion, this motion is GRANTED.

        Defendant's Brief in Support of the Motion to Dismiss shall be filed within 21 days of the

close of jurisdictional discovery.  Alternatively, in the event that discovery is not permitted,

Defendant's Brief in Support of the Motion to Dismiss shall be filed 14 days after my order on the

Motion for Leave to Take Discovery (doc. 27).


Dated:  November 15, 2010

                                        **s/John L. Kane**

                                        SENIOR U.S. DISTRICT JUDGE

1