IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00036-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**

    Defendant.

## ORDER

Kane, J.

    Based on ongoing settlement negotiations which the parties believe may resolve the claims in this case, the parties have jointly moved for a stay of all proceedings in this matter.

    The Plaintiff filed its opening brief on the merits on October 8, 2010, but further briefing has been stayed pending resolution of Defendant's Motion to Dismiss for Lack of Standing. The parties are currently engaged in jurisdictional discovery, set to conclude on March 6, 20111, and Defendant's brief in support of his motion to dismiss is due March 27, 2011.

    The power to stay proceedings is inherent in the power "to control the disposition of the causes on [my] docket with economy of time and effort for [my]self, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). The interest of judicial economy favor the requested stay. Should the settlement negotiations prove successful, further litigation of these claims would prove unnecessary. Therefore, good cause appearing, the parties' Joint Motion to Stay all Proceedings (doc. 34) is GRANTED.

    This matter will be stayed until March 14, 2011, at which time the parties shall submit a

joint status report updating me of the progress of their settlement negotiations or, alternatively, proposing a new schedule for active litigation.

Dated:  December 27, 2010         BY THE COURT:

**/s/John L. Kane**

SENIOR U.S. DISTRICT JUDGE