IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-00036-AP**

**WILDEARTH GUARDIANS,**

      Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior,**

      Defendant.

---

## ORDER

---

Kane, J.

      This matter is currently before me on the parties' Stipulated Motion for Dismissal.

Pursuant to Fed. R. Civ. P. 41(a)(2), the motion is GRANTED and this matter is DISMISSED.

Plaintiff shall file any motion for attorney fees and taxation of costs on or before November 22,

2011.


      Dated: September 26, 2011        BY THE COURT:

                                      **/s/John L. Kane**

                                      Senior U.S. District Judge